Maryland Casualty Company, appellee, v. Garden City Sand Company, appellant. Gen. No. 23,880.

Action upon contract to indemnify plaintiff against liability upon an appeal bond executed at defendant's request. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 24, 1918. Rehearing denied January 6, 1919.

Edwin C. Crawford, for appellant. Kelly, Hale, Dammann & Coolidge, for appellee; J. F. Dammann, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Liquid Carbonic Company, plaintiff in error, v. Herman P. Pollatz, defendant in error. Gen. No. 23,956.

Replevin. Judgment finding title in plaintiff subject to a lien. Error to the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed December 24, 1918.

Stuart B. Krohn, for plaintiff in error. M. M. Jacobs, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

E. Z. Zipperman, plaintiff in error, v. B. S. Wilson, defendant in error. Gen. No. 23,991.

Action on a note. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with judgment here. Opinion filed December 24, 1918.

Frederick A. Bangs and Richard H. Colby, for plaintiff in error. William B. Moak, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

Standard Oil Company, appellee, v. Keystone Oil & Manufacturing Company, appellant. Gen. No. 24,014.

Action to recover for damages to truck caused by collision with another truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 24, 1918.

Truman H. Miner and Alfred Roy Hulbert, for appellant. Stewart, Martyn & Daugherty, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Allessandro Conforti, appellee, v. Bank of Commerce and Savings (impleaded with Joseph Baiata), appellant. Gen. No. 24,550.

Interlocutory injunction on bill for specific performance restraining transfer of bank deposit. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed. Opinion filed December 24, 1918.

King, Brower & Hurlbut, for appellant. C. H. McDermott and C. L. Cassiday, for appellee.

Mr. Justice Matchett delivered the opinion of the court.